UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 06 CR 724 |
| ) | Hon. Charles R. Norgle |
| PEDRO SALGADO-OCAMPO ) | ( ) |
| JOSE A. ACOSTA CAVARRUBIAS ) | |
| MARTIN HERRERA-FLORES ) | |

## AGREED PROTECTIVE ORDER

Pursuant to Federal Rule of Criminal Procedure 16(d)(1), the government and the defendants seek entry of this Agreed Protective Order. The government proposes to provide documents that are Bates labeled ES - ES 2039 and TT1-TT 3488 to the defendants' counsel pursuant to the government's potential obligation under Rule 16 of the Federal Rules of Criminal Procedure and Local Criminal Rule 16.1. The documents comprise court-authorized wiretap materials, 18 U.S.C. § 2511 *et seq.*, including applications, orders, and line sheets, some of which include recorded statements of defendants.

Because there are uncharged individuals named in these documents and referred to in the recorded conversations, and because the contents of the materials are not known to those uncharged individuals, the Court hereby orders pursuant to Rule 16(d)(1), that the use and disclosure of these documents by the defendants will be restricted as follows:

1. The attorney for each defendant may disclose the attached documents only to his client, or to such other personnel employed by the attorney to assist in the defense, and such disclosure may occur only after the attorney for that defendant advises the defendant or other personnel of the prohibitions of this protective order.

2. The attorney for each defendant is not to make any additional copies of the attached documents without prior authorization of the court.

3. The documents are for use only in this case and they are not to be disseminated or used for any other purpose.

4. Any portion of a pleading referencing these documents shall be filed under seal.

IT IS SO ORDERED.

Dated: March 7, 2007

_____
HONORABLE CHARLES R. NORGLE
United States District Judge